# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA FULLER and TERRY FULLER**　　　　　　　　　　　　　　**PLAINTIFFS**

vs.　　　　　　　　　　　　**1:11-CV-00084-BRW**

**SKECHERS, U.S.A., INC.;**
**SKECHERS, U.S.A., INC., II; and**
**SKECHERS FITNESS GROUP**　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Pending is a Joint Motion to Stay Proceedings Pending Action by the Judicial Panel on Multidistrict Litigation ("JPML") (Doc. No. 8).

According to the Motion, proceedings were initiated seeking transfer of this case to the MDL Docket No. 2308.[1] The JPML is scheduled to meet on December 1, 2011, and the parties expect a ruling on their MDL motion shortly thereafter.

Accordingly, the Joint Motion to Stay (Doc. No. 8) is GRANTED. The stay is in effect only until the MDL panel issues its resolution. Accordingly, all proceedings in this Court are stayed until the JPML makes its final determination as to whether this case is to be transferred to the ongoing MDL proceeding.

IT IS SO ORDERED this 26th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 9.